IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELIZABETH CARTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-850-RP |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Elizabeth Carter's ("Plaintiff") appeal of a final decision of the Commissioner of the Social Security Administration ("Commissioner") regarding her claims stemming from injuries allegedly suffered during a car accident. (R. & R., Dkt. 19, at 1). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 20).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

For the reasons given, **IT IS ORDERED** that the magistrate judge's report and recommendation, (Dkt. 19), is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED** pursuant to 42 U.S.C. § 405(g).

**IT IS FINALLY ORDERED** that Plaintiff's case be **DISMISSED WITH PREJUDICE**. The Court will enter final judgment by separate order.

**SIGNED** on August 1, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE